AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Western District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>SEANN PATRICK PIETILA<br><br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.    1:23-mj-278

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 1-2, 2023_____ in the county of _____Ingham_____ in the _____Western_____ District of _____Michigan_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Communications |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

The Court processed the complaint remotely.  The Court verified the Affiant's identity (by AUSA confirmation and through Affiant self-identification). Affiant attested to the affidavit and complaint via telephone, which the AUSA transmitted by remote electronic means (e-mail).  The Court signed the original complaint and transmitted a correct copy of same to the Applicant, via the AUSA, by remote electronic means (e-mail).  The process complied with Rules 3 and 4.1.

*Ryan Roskey*
*Complainant's signature*

Ryan D. Roskey Special Agent FBI
*Printed name and title*

Date:    06/16/2023

*Judge's signature*

City and state:    Marquette, Michigan

Maarten Vermaat , U.S. Magistrate Judge
*Printed name and title*