UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SEANN PATRICK PIETILA,                    **INDICTMENT**

    Defendant.

_____/

The Grand Jury charges:

## COUNT 1
(Interstate Threatening Communication)

On or about June 1, 2023, in Ingham County, in the Southern Division of the Western District of Michigan, and elsewhere,

SEANN PATRICK PIETILA

knowingly transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another. Specifically, SEANN PATRICK PIETILA communicated using an Instagram application the following threats to injure others in messages to another Instagram user:

> Ahhh I'm sorry dude.. Hey don't worry man. I'll be here until then. I know I'm shit at texting back but you know.😎😂 and again I'm sure we'll meet again in the next life! This world just sucks ass.💀 I won't be taken alive I'll make sure of that. Remember "Heil Hitler!" boom red mist💥😭 gotta make it unique I guess. Maybe. I just need a camera for streaming and some more magazines. Don't wanna run out of mags and have to reload one💀

I honestly didn't know b.t attacked more than one. 💀 Seriously though, Fucking kikes ruin everything they touch. I'd probably do it on discord for people, so they could screen record and send it to others or post it online.

That's why I gotta make it mostly my own. Don't wanna seem like a copycat attack. I in all honesty don't have other friends lol. You and my ex are my only friends. 💀 I'm a very anti social Mf. That's why I don't respond all the time. I was planning on just getting some random/trusted people to join my call and record it.

18 U.S.C. § 875(c)

## COUNT 2
(Interstate Threatening Communication)

On or about June 2, 2023, in Ingham County, in the Southern Division of the Western District of Michigan, and elsewhere,

SEANN PATRICK PIETILA

knowingly transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another. Specifically, SEANN PATRICK PIETILA communicated using an Instagram application the following threats to injure others in messages to another Instagram user:

> Thanks man that knife is old as shit lol. Gets with a natsoc that is a extremest mass shooter aswell. 😂 like I had plans already made back in march, but I started dating her so I cancelled them. 😥 reminds me, she tried to blame me of cheating a few days ago! 💀 like the fuck? Me cheat? I find that shit so disgusting. Loyalty or death is what I live by. All because I posted the grenade vest picture on my story instead of sending it to her. 😂 lmao 💀 💀 that's actually hilarious 😭 I'll study the buildings layout don't worry 🗿

> That would honestly be so cool bro. We time it a day after each other. We would surely inspire others to take arms against the Jewish controlled state. I only chose the 15th to mimic b.t's attack lol.

> I'm down for that bro. We'll be the tipping point for others like us. 😎 I haven't put much thought in it yet. But I'm gonna tonight, I'll start putting stuff in my notes app. Then I'll send you it when it's done just gotta check how much I would even be able to fit on my rifle. 🗿

> I have a few spread out across my properties. But in total around 11ish I think? Including converters. Like the 50.cal and 9mm for the Ar. Most are just hunting rifles and shotguns tho. I can fit 5-10 rounds in a mag. Above 5 normally makes the gun jam tho..

3

Probably just the Ar honestly. Im fast with reloading new mags so I really don't need another gun. Gonna be strapped with mags so I won't have ammo problems.💀Ahh yeah that's gay as fuck. I figured gun laws there would be fucked.☐ true that dude maybe I will bring the converter😂 Ain't nothing fixing those holes💀

Maybe a shotgun incase they lock the doors. load some buck shot and remove the door.🤔Yeah that's also a good idea, I should combine a few mags for even faster reloads! Yeah let's be honest if I use the 50.cal it's taking body parts off.💀Bro I have so many machetes and axes I should so do that!😯

Oh for sure I'm taking some homemade Napalm to burn some bodies! I think I heard about that, I just didn't know he went to different mosques. I have to pack some more stuff tomorrow so probably yeah sorry bro. That and I won't wake up until around 3pm💀

18 U.S.C. § 875(c)

## COUNT 3
(Threat to Kill or Injure by Means of Fire)

On or about June 2, 2023, in Ingham County, in the Western District of Michigan, and elsewhere,

SEANN PATRICK PIETILA,

through the use of the telephone and other instrument of interstate or foreign commerce, willfully made a threat concerning an attempt or alleged attempt being made, or to be made, to kill and injure an individual by means of fire.

Specifically, SEANN PATRICK PIETILA used a telephone to communicate through an Instagram application to another Instagram user the following threat concerning an attempt to kill and injure other individuals by means of fire:

> Oh for sure I'm taking some homemade Napalm to burn some bodies! I think I heard about that, I just didn't know he went to different mosques. I have to pack some more stuff tomorrow so probably yeah sorry bro. That and I won't wake up until around 3pm 💀

18 U.S.C. § 844(e)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
CHRISTOPHER M. O'CONNOR
Assistant United States Attorney