UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                   Case No. 1:23-CR-78-RJJ

    vs.                                          GOVERNMENT'S INITIAL PRETRIAL
                                                CONFERENCE SUMMARY STATEMENT

SEANN PATRICK PIETILA,

    Defendant.            /

**I.**     <u>**DISCOVERY**</u>

A.     <u>Statements of Defendant</u>

    1.     <u>Oral Statements [Rule 16(a)(1)(A)]</u>

    ☐     There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).

    ☒     There are the following written records of oral statements:

- FBI summary of videorecorded interview on 6/16/2023

the substance of which:
☐ has been disclosed to defense counsel
☒ will be disclosed to defense counsel by July 13, 2023

    2.     <u>Written or Recorded Statements [Rule 16(a)(1)(B)]</u>

    ☐     There are no written or recorded statements or grand jury testimony of defendant.
    ☒     There are the following written or recorded statements or grand jury testimony:

- Videorecording of interview on 6/16/2023

All written or recorded statements:
☒ have been disclosed to defense counsel
☐ will be disclosed to defense counsel by

B.     <u>Defendant's Prior Record [Rule 16(a)(1)(D)]</u>

☒     The government has made due inquiry and is not aware of any prior criminal record.
☐     The government has disclosed defendant's prior criminal history.
☐     The government is now making inquiry into defendant's prior criminal history. The results will be disclosed to defense counsel upon receipt.

C. Documents and Tangible Objects [Rule 16(a)(1)(E)]

☐ The government has no documents, tangible objects, or physical evidence required to be disclosed.
☒ The government has the following documents, tangible objects, and physical evidence:
  ☐ Controlled Substances:
  ☐ Drug Paraphernalia:
  ☒ Records:  Business records from various companies
  ☐ Drug Records:
  ☒ Firearms: (see attached inventory)
  ☒ Inventory: (see attached)
  ☐ Other:
☐ The government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:
  ☐ State
  ☒ Federal:  2:23-MJ-25 (phone location); 2:23-MJ-27 (premises); 2:23-MJ-28 (person)

☒ They have been made available for inspection and copying by defense counsel.
☒ Defense counsel should make arrangements with AUSA Chris O'Connor to view tangible items seized from residence.

D. Reports of Examinations and Tests [Rule 16(a)(1)(F)]

☐ The government has no reports of examinations or tests required to be disclosed by Rule 16.
☒ The government has or expects to have reports of the following examinations and tests:

  ☐ Drug Analysis     ☐ Handwriting        ☐ Fingerprints
  ☐ DNA               ☐ Firearms/Nexus     ☐ Gun Operability
  ☒ Computer Forensics                     ☐ Other

E. Reciprocal Discovery

☒ The government seeks reciprocal discovery.

F. Notice Under FRE 404(b)

☒ The government does not presently intend to introduce 404(b) evidence.
☐ The government does presently intend to introduce the following 404(b) evidence:
☐ The government will provide pretrial notice of 404(b) evidence by

G.     <u>Other Discovery Matters</u>:

**II.     <u>TRIAL</u>**

    A.     The government requests a ☒ jury ☐ non-jury trial.

    B.     Length of trial excluding jury selection is estimated at two days

**III.     <u>MISCELLANEOUS</u>**

The parties acknowledge that if the case is appropriate for expedited resolution, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒     The government is unaware at this time of any known conflict with defendant's representation by counsel. The United States will immediately advise counsel if any such conflict becomes known.

☐     The government is aware of the following potential conflict(s):

☒     Government's plea negotiation policy: No concessions within 2 weeks of trial date

Date: July 12, 2023                                      <u>s/ Christopher M. O'Connor</u>
                                                                                            Assistant United States Attorney