UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

Plaintiff,

v.

SEANN PATRICK PIETILA

Defendant.

Case No.  1:23-cr-78

Hon.   Robert J. Jonker

**DEFENDANT'S INITIAL PRETRIAL
CONFERENCE SUMMARY STATEMENT**

Defendant  ___SEANN PATRICK PIETILA___ , through his/her attorney,
submits the following initial pretrial conference summary statement.

I.   DISCOVERY

☒ The defendant requests disclosure pursuant to Federal Rules of Evidence 404(b).

The defendant  ☒ will  ☐ will not provide reciprocal discovery.

II.   TRIAL

The defendant requests a  ☒ jury  ☐ non-jury  trial.

III.   MISCELLANEOUS

The parties acknowledge that if the case is appropriate for expedited resolution and
sentencing, a joint motion for expedited sentencing shall be filed within 14 days of
arraignment.

☒ Counsel for defendant is unaware at this time of any known conflict with counsel's
representation of defendant.  Counsel will immediately advise the court if any such
conflict becomes known.

☐ Counsel for defendant is aware of the following potential conflicts:

IV.   OBLIGATIONS

☒ Counsel for defendant acknowledges having reviewed the Obligations of Defense
Counsel section available at the court's website, www.miwd.uscourts.gov >>
Attorney Information >> Criminal Case Information.

Date  ___July 12, 2023___

___/s/ Sean R. Tilton___
Counsel for Defendant

(Rev. 03/01/2019)