UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                 Case No. 1:23–cr–00078–RJJ

  v.                            Hon. Robert J. Jonker

SEANN PATRICK PIETILA,

       Defendant.

_____/

# NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Change of Plea Hearing
Date/Time:           November 13, 2023   10:00 AM
Judge:               Robert J. Jonker
Place/Location:     699 Federal Building, Grand Rapids, MI


                               ROBERT J. JONKER
                               United States District Judge

Dated:  October 30, 2023     By:   /s/ Susan Driscoll Bourque
                                 Case Manager