# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

**USA v.** SEANN PATRICK PIETILA  **DISTRICT JUDGE:** Robert J. Jonker

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:23-cr-78 | 11/13/23 | 10:35 - 11:08 a.m. | Grand Rapids | |

### APPEARANCES

Government: Chris O'Connor

Defendant: Sean Tilton

Counsel Designation: FPD Appointment

### TYPE OF HEARING
- __ Arraignment:
  - __ mute    __ nolo contendre
  - __ not guilty    __ guilty
- __ Final Pretrial Conference
- __ Detention   (waived __ )
- __ Motion Hearing
- __ Revocation/SRV/PV
- __ Bond Violation
- ✓ Change of Plea
- __ Sentencing
- __ Trial
- __ Other: _____

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of Indictment
- __ Other: _____

Court to Issue:
- __ Order of Detention
- ✓ Notice of Sentencing
- __ Order Appointing Counsel
- __ Other: _____

### CHANGE OF PLEA
Charging Document:
  ✓ Read    __ Reading Waived

Guilty Plea to Count(s) 2

of the Indictment

Count(s) to be dismissed at sentencing: 1, 3

- ✓ Presentence Report Ordered
- __ Presentence Report Waived
- ✓ Plea Accepted by the Court
- __ Plea Taken under Advisement
- __ No Written Plea Agreement

### SENTENCING

Imprisonment: _____
Probation: _____
Supervised Release: _____
Fine: $ _____
Restitution: $ _____
Special Assessment: $ _____

Plea Agreement Accepted: __ Yes  __ No
Defendant informed of right to appeal: __ Yes  __ No
Counsel informed of obligation to file appeal: __ Yes  __ No
Conviction Information:
  Date: _____
  By: _____
  As to Count (s): _____

**ADDITIONAL INFORMATION:**

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Paul Brandell | **Case Manager:** S. Bourque |